UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FIELDSTONE MORTGAGE COMPANY,

    Plaintiff,

vs.                          CASE NO. 3:07-cv-512-J-32HTS

CLARION MORTGAGE CAPITAL,
et al.,

    Defendants.

### O R D E R

Defendants Phoenix and Arizona's Initial Rule 26(a)(1) Disclosures (Doc. #45), filed on October 17, 2007, is **STRICKEN** in light of Rule 5(d), Federal Rules of Civil Procedure (Rule(s)), which states that "disclosures under Rule 26(a)(1) . . . must not be filed until they are used in the proceeding or the court orders filing[.]"

**DONE AND ORDERED** at Jacksonville, Florida, this 17th day of October, 2007.

                                        /s/       Howard T. Snyder
                                        HOWARD T. SNYDER
                                        UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
    pro se parties, if any